# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No. __22 MJ - 02016__     Date __5/20/22__

Title   United States v. __Setha Joe Sourthonphom__

Present: The Honorable   Gail J. Standish

| Holidae Crawford  /EQ | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**     (IN CHAMBERS) **ORDER OF DETENTION –
PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☐ supervised release.

The Court finds that

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒   Lack of bail resources

☐   Refusal to interview with Pretrial Services

☐   No stable residence or employment

☒   Previous failure to appear or violations of probation, parole, or release

☐   Ties to foreign countries

☒   Allegations in petition

☐

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No. _____    Date 5/20/22

Title   United States v.

B.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒   Nature of previous criminal convictions

☒   Allegations in petition

☒   Substance abuse

☐   Already in custody on state or federal offense

☐

* * *

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.